[No. 38988-2-I.     Division One.     July 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAYLON
KEITH SUMMERS, *Appellant*.

Appeal from judgments of the Superior Court for King
County, Nos. 96-1-00027-9, 96-1-00034-1, John M. Darrah,
J., entered July 8, 1996. *Affirmed* by unpublished per
curiam opinion.

[No. 39137-2-I.     Division One.     July 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MONICA
HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00100-3, Larry A. Jordan, J., entered
July 15, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 39161-5-I.     Division One.     July 7, 1997.]

JOHN BRUFF, ET AL., *Appellants*, v. DAVID MAIN, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-2-06384-3, Richard J. Thorpe, J.,
entered July 16, 1996. *Affirmed* by unpublished per curiam
opinion. Now published at 87 Wn. App. 609.

[No. 39174-7-I.     Division One.     July 7, 1997.]

*In the Matter of the Marriage of* HUGH REILLY III,
*Appellant*, and JULIE SETTLE REILLY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 93-3-08156-5, Nancy Ann Holman, J., entered
July 12, 1996. *Affirmed* by unpublished per curiam
opinion.